PEOPLE v NORMAN, No. 69664. Reported at 421 Mich 704.

ACHTENBERG v CITY OF EAST LANSING, No. 74036. Reported at 421 Mich 765.

*Orders Entered May 1, 1985:*

*In re* McCULLOUGH (DEPARTMENT OF SOCIAL SERVICES v McCUL-LOUGH), No. 76026. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *In re Schejbal,* 131 Mich App 833; 346 NW2d 597 (1984), is considered, and the Court declines to take further consideration of the question presented. Reported below: 141 Mich App 170.

PEOPLE v WATERMAN, No. 75911. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *People v Henry,* 107 Mich App 632; 309 NW2d 922 (1981), is considered, and the Court declines to take further consideration of the questions presented. Reported below: 140 Mich App 652.

*Ordered to Be Published May 2, 1985:*

PROPOSED AMENDMENT OF MCR 8.108. On order of the Court, this is to advise that the Court is considering whether to amend Michigan Court Rule 8.108. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 8.108. COURT REPORTERS AND RECORDERS.

(A)-(F) (Unchanged.)

(G) Certification.

(1) Certification Requirement. Only reporters or recorders certified pursuant to this subrule may record or file transcripts of proceedings held in Michigan courts or of depositions taken pursuant to these rules.

(2) Court Reporting and Recording Board of Review.

(a) The Supreme Court shall appoint a Court Reporting and Recording Board of Review, composed of

(i) a Court of Appeals judge, to be the chairperson;

(ii) a circuit or recorder's judge;

(iii) a probate or district judge;

(iv) a court reporter who is an employee of a Michigan court;

(v) a court recorder who is an employee of a Michigan court;